# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES NORTH AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 19-1902-JDW |
| v. | ) |
| | ) |
| DANISCO US INC. and DUPONT DE NEMOURS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Novozymes North America, Inc. and Defendants Danisco US Inc. and DuPont de Nemours, Inc. hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action[1], with each party bearing its own costs, expenses and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Rodger D. Smith II*
    Rodger D. Smith II (#3778)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Tel: (302) 658-9200
    rsmith@mnat.com

*Attorneys for Plaintiff Novozymes North America, Inc.*

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendants Danisco US Inc. and DuPont de Nemours, Inc.*

---

[1] This dismissal is limited to the claims of the patent-in-suit, U.S. Patent No. 7,820,419, as issued on October 26, 2010. In the parties' co-pending *inter partes* review proceeding, the Patent Trial and Appeal Board held that all challenged claims of the '419 patent are unpatentable, which the Federal Circuit affirmed on October 5, 2022. Plaintiff then filed a reissue application concerning U.S. Patent No. 7,820,419 on November 4, 2022. This dismissal does not affect, and is without prejudice to, the parties' claims or defenses relating to any reissue patent that may be granted by the Patent Office.

2

IT IS SO ORDERED this _____ day of December 2022.

_____
U.S.D.J.

10451362/20074.00001